UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD RHATIGAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>    Defendants. | Case No. 14-cv-01037-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 60 |

Plaintiffs and Defendant Equifax Information Services, LLC stated on the record on August 14, 2014, that they have settled this action solely as to Defendant Equifax Information Services, LLC. See ECF No. 60. By September 29, 2014, the Plaintiffs and Defendant Equifax Information Services, LLC shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on October 15, 2014 at 2:00 PM, which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: August 15, 2014

_____
JON S. TIGAR
United States District Judge