UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD RHATIGAN, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>      Defendants. | Case No. 14-cv-01037-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 62 |

Plaintiffs have filed a stipulation of dismissal dated September 29, 2014, stating that they have agreed to dismiss all claims between Plaintiffs and Defendant Equifax Information Services, LLC. ECF No. 62. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Plaintiffs and Defendant Equifax Information Services, LLC have been dismissed. The Clerk is directed to terminate Equifax Information Services as a party in this case.

**IT IS SO ORDERED**.

Dated: September 29, 2014

                                                  JON S. TIGAR<br>
                                         United States District Judge

United States District Court<br>
Northern District of California