SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
DAVID A. BERKLEY (State Bar No. 260105)
db@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A. d/b/a
AMERICA'S SERVICING COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD J. RHATIGAN, JR and ERIN E. RHATIGAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and WELLS FARGO BANK, N.A. d/b/a AMERICA'S SERVICING COMPANY,<br><br>    Defendants. | Case No. 3:14-cv-01037-JST<br>Hon. Jon S. Tigar<br>Ctrm. 9<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE COURT ISSUED DEPOSITION SUBPOENAS**<br><br>Action Filed:   August 16, 2013<br>Trial Date:      June 1, 2015 |

07685.1282/3471564.1                                                                                       3:14-cv-01037-JST

STIPULATION AND [PROPOSED] ORDER RE WELLS FARGO'S REQUEST FOR COURT ISSUED DEPOSITION SUBPOENAS

1    IT IS HEREBY STIPULATED by and between Plaintiffs BERNARD J. RHATIGAN, JR
2  and ERIN E. RHATIGAN ("Plaintiffs") and Defendant WELLS FARGO BANK, N.A. d/b/a
3  AMERICA'S SERVICING COMPANY ("Wells Fargo") as follows:

4    1. Pursuant to 15 U.S.C. § 1681b(a)(1), Equifax, Inc., TransUnion LLC and Experian
5  Services Corporation contend that they require a Court issued Subpoena before they will produce
6  records which relate to the Plaintiffs.

7    2. Plaintiffs and Wells Fargo agree that it is in their mutual interest to obtain the records as
8  specified in Exhibits 1-3, attached hereto.

9    3. Therefore, Plaintiffs and Wells Fargo hereby stipulate and respectfully request that this
10 Court issue the Subpoenas for Records compelling production of the requested documents as set
11 forth in Exhibits 1-3, attached hereto.

12   AGREED AS TO FORM AND CONTENT:

13 DATED: October 22, 2014                CONSUMER LITIGATION ASSOCIATES, P.C.

15                                        By:  */s/ Matthew J. Erausquin*
                                                Matthew J. Erausquin, Esq.

17                                        Attorneys for Plaintiffs Bernard J. Rhatigan, Jr. and Erin E. Rhatigan

18
19 DATED: October 22, 2014                SEVERSON & WERSON
                                          A Professional Corporation

20                                        By:  */s/ David A. Berkley*
                                                David A. Berkley

22                                        Attorneys for Defendant WELLS FARGO BANK, N.A. d/b/a AMERICA'S SERVICING COMPANY

24   I, David A. Berkley, am the ECF user whose identification and password are being used to
25 file this Stipulation. I hereby attest that Matthew Erausquin has concurred in this filing.

27                                              */s/ David A. Berkley*
                                                 David A. Berkley

28
07685.1282/3471564.1                                                      3:14-cv-01037-JST
STIPULATION AND [~~PROPOSED~~] ORDER RE WELLS FARGO'S REQUEST FOR COURT ISSUED
                              DEPOSITION SUBPOENAS

**[PROPOSED] ORDER**

The Court, having considered the Joint Stipulation for Court-Issued Deposition Subpoenas ("Stipulation"), and good cause existing because, in the absence of another permissible purpose, credit reporting agencies may only furnish consumer reports in response to the "order of a court" (15 U.S.C. §1681b(a)(1)), hereby:

**ORDERS**:

☒ Consumer reporting agencies Experian, Trans Union, and Equifax, are commanded to produce to Wells Fargo, and permit inspection or copying of, the documents and electronically stored information or objects contained in the subpoenas attached as Exhibits 1-3 to the Stipulation.

DATED: October 24, 2014

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE