1  Katherine A. Klimkowski (SBN 263099)
   kaklimkowski@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:     (949) 851-3939
4  Facsimile:     (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD RHATIGAN, JR. and ERIN E. RHATIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and WELLS FARGO BANK, N.A. d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendants. | Case No. 3:14-cv-01037-HSG<br><br>Assigned to:<br>Haywood S. Gilliam, Jr.<br><br>**ORDER FOR STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint filed:  March 5, 2014 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice.  Plaintiffs Bernard Rhatigan, Jr. and Erin E. Rhatigan and Experian shall each bear their or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: March 11, 2015

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

[PROPOSED] ORDER
Case No. 3:14-cv-01037-HSG