Casey S. Nash, VA State Bar No. 84261
(*pro hac vice*)
1800 Diagonal Rd., Ste. 600
Alexandria, VA 22314
Tel: 703-273-7770
Fax: 888-892-3512
casey@clalegal.com

Counsel for the Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD J. RHATIGAN, JR. and ERIN E. RHATIGAN,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and WELLS FARGO BANK, N.A. d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendants. | Case No. 3:14-cv-01037-HSG<br>Hon. Haywood S. Gilliam, Jr.<br>Ctrm. 9<br><br>[PROPOSED] ORDER FOR STIPULATION FOR DISMISSAL OF DEFENDANT TRANS UNION, LLC<br><br>Action Filed:   August 16, 2013<br>Trial Date:       June 1, 2015 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC ("Trans Union") is dismissed with prejudice. Plaintiffs Bernard Rhatigan, Jr. and Erin E. Rhatigan and Trans Union shall each bear their or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  3/26/2015

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

3:14-cv-01037-HSG

[PROPOSED] ORDER

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a true and correct copy of the foregoing to the following CM/ECF participants:

Thomas P. Quinn
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: 949-376-3500
Fax: 949-376-3070
E-mail: tquinn@nokesquinn.com

*Counsel for Equifax Information Services, LLC*

Deborah Anne Hedley
JONES DAY
Silicon Valley
1755 Embarcadero Rd.
Palo Alto, CA 94303
Tel: 650-739-3939
Fax: 650-739-3900
E-mail: dahedley@jonesday.com

Michael Gregory Morgan
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Tel: 213-489-3939
Fax: 213-243-2539
E-mail: mgmorgan@jonesday.com

Katherine M. Klimkowski
JONES DAY
3161 Michelson Dr., Ste. 800
Irvine, CA 92612
Tel: 949-851-3939
Fax: 949-553-7539
Email: kaklimkowski@jonesday.com

*Counsel for Experian Information Solutions, Inc.*

Monica Katz-Lapides
TATE & ASSOCIATES
1321 Eighth Street, Suite 4
Berkeley, CA 94710
Tel: 510-525-5100
Fax: 510-525-5130
E-mail: mkl@tateandassociates-law.com

Andrew M. Lehmann
Breanne J. Strubinger
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Tel: 317-363-2400
Fax: 317-363-2257
E-mail: alehmann@schuckitlaw.com
E-mail: bstrubinger@schuckitlaw.com

*Counsel for Trans Union, LLC*

Mark D. Lonergan
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Ste. 2600
San Francisco, CA 94111
Tel: 415-398-3344
Fax: 415-956-0439
E-mail: mdl@severson.com

Scott J. Hyman
David A. Berkley
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Ste. 700
Irvine, CA 92612
Tel: 949-442-7110
Fax: 949-442-7110
E-mail: sjh@severson.com
E-mail: db@severson.com

*Counsel for Wells Fargo Bank, N.A.*

3:14-cv-01037-HSG
[PROPOSED] ORDER

/s/ Casey S. Nash
_____
Casey S. Nash, VA Bar No. 84261
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd., Ste. 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Fax: (888) 892-3512
Email: casey@clalegal.com
*Counsel for the Plaintiffs*